This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**RUDY TORRES,**

Plaintiff-Appellant,

v.                                                                 **NO. 35,587**

**OFFICER VERONICA GOMEZ, OFFICER JOHN DOE I and OFFICER JOHN DOE II, individually and in their official capacities as officers of the Lovington Police Department, DAVID RODRIGUEZ, in his official capacity as the Chief of Police of the Lovington Police Department, PADDY DOWNEY, as the Administrator of the Lea County Detention Center, and the as yet unknown agents and employees of the LEA COUNTY DETENTION CENTER,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF LEA COUNTY**
**William G. Shoobridge, District Judge**

The Sawyers Law Group
James W. Klipstine, Jr.
Hobbs, NM

for Appellant

Childress Law Firm

Ronald J. Childress
Albuquerque, NM

for Appellees Paddy Downey and the Lea County Detention Center

Potts & Associates
Amy L. Glasser
Albuquerque, NM

for Appellees Veronica Gomez, David Rodriguez, and the City of Lovington Police Department

**MEMORANDUM OPINION**

**WECHSLER, Judge.**

{1}     Plaintiff filed suit against Defendants in district court, but judgment as a matter of law was entered against him following presentation of his case. The district court's order was entered on January 27, 2016. Plaintiff then filed a notice of appeal in district court on February 23, 2016, but he did not cause a copy of the notice of appeal to be filed in this Court. In addition, Plaintiff requested an extension of time in which to file a docketing statement from the district court, rather than this Court, despite the fact that, unlike the situation with a notice of appeal, the district court has no authority to grant an extension of time for filing a docketing statement in this Court. In any event, no docketing statement has yet been filed in either this Court or the district court. Defendants have now filed a motion to dismiss Plaintiff's appeal for failure to comply with the rules of appellate procedure, and the deadline for filing a response to that

motion has passed. We therefore grant Defendants' motion to dismiss and dismiss this appeal due to Plaintiff's failure to perfect the appeal by complying with Rules 12-202(E) and 12-208(B) NMRA.

{2}     **IT IS SO ORDERED.**

                       _____

**JAMES J. WECHSLER, Judge**

**WE CONCUR:**

_____

**LINDA M. VANZI, Judge**

_____

**TIMOTHY L. GARCIA, Judge**